UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Who-Rae Pty Ltd., | Court File No. 15-cv-03105 JRT/LIB |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| Aerospace Communications Holdings Co., Ltd., | |
| Defendant. | |

The parties having reached a settlement, Plaintiff Who-Rae Pty Ltd. hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: September 16, 2015

s/ Lora M. Friedemann
Lora M. Friedemann (#259615)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Who-Rae Pty Ltd.*

56849112_1.docx